# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131385(66)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DENISE LOUISE POWELL,
      Defendant-Appellee.

SC: 131385
COA: 256878
Livingston CC: 04-014120-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's September 22, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      CAVANAGH, J., would grant the motion for reconsideration.

      KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons stated in her dissenting statement in *People v Powell*, 477 Mich 860 (2006).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

Clerk

d0319